UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KONSTANCE RICHARDSON,**

    **Plaintiff,**

v.                                                                    Case No.   6:21-cv-2076-ACC-GJK

**THE DEVEREUX FOUNDATION, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on the parties' Second Amended Joint Motion for Settlement Approval (Doc. 26) filed on May 11, 2022.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 12, 2022 (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Second Amended Joint Motion for Settlement Approval (Doc. 26) is hereby **GRANTED** and the Court finds that the parties' Settlement

Agreement (Doc. 27) is a "fair and reasonable resolution" of a bona fide dispute under the Fair Labor Standards Act pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982).

    3.    The case is **DISMISSED** with prejudice.

    4.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties